UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBRA STRATEGIES, INC.,<br><br>       Plaintiff,<br><br>     v.<br><br>ADA GONZALEZ-NAZARIO, et al.,<br><br>       Defendants. | 24-CV-4146 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  Plaintiff initiated this action on May 30, 2024, alleging in substance the theft and misuse of its propriety information in violation of federal protections for trade secrets. *See* ECF No. 1. The same day, Plaintiff moved for preliminary injunctive relief, seeking an order "restraining the defendants from further dissemination or use of any of the stolen . . . data." *See* Mot. for Prelim. Inj. Relief 7, ECF No. 2. Plaintiff argues that *ex parte* relief is necessary because it "does not have the luxury of waiting for the defendants to come forth and answer prior to seeking affirmative relief." *Id.* However, this argument only goes to the need for preliminary relief and does not provide cause to proceed on an *ex parte* basis.

  It is hereby **ORDERED** that Defendants shall file any opposition to Plaintiff's motion for a preliminary injunction by **June 14, 2024**. Plaintiff shall file any reply by **June 21, 2024**.

  It is further **ORDERED** that Plaintiff shall serve the Complaint, its motion for a preliminary injunction, and this Order on Defendants via Federal Express, to the extent Defendants' addresses are known or are reasonably discoverable to Plaintiff, and via email, to the extent that Defendants' email addresses are known or are reasonably discoverable to Plaintiff. Plaintiff shall file proof of service on ECF by **June 3, 2024**.

2

SO ORDERED.

Dated: May 31, 2024
New York, New York

_____
DALE E. HO
United States District Judge

2