UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ZEBRA STRATEGIES, INC.,                       Case No.: 1:24-cv-04146 (DEH)

Voluntary Motion to Withdraw Preliminary Motion for Injunction

        Plaintiff,

v.

ADA GONZALEZ NAZARIO, SEAN GOODMAN, SAGO INC., ACCURATE MARKET RESEARCH, JOHN AND JANE DOES 1-10, and ABC CORPORATIONS 1-10.

        Defendants.

------------------------------------------------------------------------x

Plaintiff Zebra Strategies, by and through its undersigned counsel, hereby moves to withdraw the Motion for Preliminary Injunction considering the request to amend its Complaint and no party has responded to the motion as of yet.

Dated: July 11, 2024

Respectfully Submitted,

/s/Natalie Sulimani
_____
Natalie Sulimani, Esq
75 Maiden Lane Suite 802
NEW YORK, NY 10038
(212) 863.9614
natalie@sulimanilawfirm.com
*Attorney for Plaintiff Zebra Strategies*

---

**Application GRANTED.** Plaintiff's motion for a preliminary injunction is **DENIED**, without prejudice to renewal. An order issued July 11, 2024, directed Plaintiff to file a letter regarding its motion for a preliminary injunction. In light of Plaintiff's withdrawal of the motion, no such letter is necessary. Plaintiff shall file its Amended Complaint in accordance with the July 11 order.

The Clerk of Court is respectfully directed to close the motions at ECF Nos. 2 and 47.

/s/ Dale E. Ho
Dale E. Ho
United States District Judge
Dated: July 12, 2024
New York, New York