UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBRA STRATEGIES, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>ADA GONZALEZ-NAZARIO, et al.,<br><br>       Defendants. | 24-CV-4146 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  Plaintiff initiated this action on May 30, 2024, alleging in substance the theft and misuse of its propriety information in violation of federal protections for trade secrets. *See* ECF No. 1. On June 24, 2024, Defendant Accurate Market Research ("AMR") filed a motion to dismiss. *See* ECF No. 40. On July 26, 2024, Plaintiff filed a First Amended Complaint (the "FAC"). *See* ECF No. 53. On August 2, 2024, AMR filed a motion to dismiss the FAC. *See* ECF No. 59.

  It is hereby **ORDERED** that, in accordance with the July 16, 2024, order, AMR's motion to dismiss the original Complaint is **DENIED**, as moot.

  The Clerk of Court is respectfully directed to close the motions at ECF No. 40.

  SO ORDERED.

Dated: August 5, 2024
    New York, New York

                            DALE E. HO
                         United States District Judge