UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ZEBRA STRATEGIES INC.,                 Case No. 1:24-cv-04146

        Plaintiff,

v.                                         **REQUEST TO JOIN**

ADA GONZALEZ NAZARIO, SEAN GOODMAN    **DEFENDANT GOODMAN'S**

SAGO INC., ACCURATE MARKET RESEARCH,    **MOTION TO DISMISS**

ABC CORPORATIONS, 1-10

and JOHN AND JANE DOES 1-10.

        Defendants.
-------------------------------------------------------------------x

     Defendant Gonzalez-Nazario respectfully submits this request to join Defendant Goodman's motion to dismiss regarding Plaintiff's Amended Complaint dated July 16, 2024. I wish to adopt the argument of my co-Defendants. Although I do recognize that there is a slight difference between the allegations against the Defendants, but because I am Pro se, I am not able to complete extensive legal research.

     The same way the Plaintiff's conclude that Defendant Goodman must have given Defendant Gonzalez-Nazario access, Plaintiff's conclusorily state that Defendant Gonzalez-Nazario was the one to give alleged "trade secrets" to other co-defendants.

     I thank the court in advance for hearing this argument.

Application **GRANTED**. The Court will construe the arguments in Defendant Goodman's motion to dismiss as applying to Pro Se Defendant Gonzalez-Nazario.

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 69.

*[signature]*

Dale E. Ho
United States District Judge
New York, New York
Dated: September 4, 2024