UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBRA STRATEGIES, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>ADA GONZALEZ NAZARIC,<br><br>      Defendant. | 24-CV-4146 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 4, 2024, the parties submitted a proposed case management plan and scheduling order.  *See* ECF No. 72.  In that letter, the parties declined to state (1) whether they consent to proceeding before a United States Magistrate Judge, and (2) their best estimate of the length of trial.  *See id.*  The parties are hereby **ORDERED** to file a corrected proposed case management plan and scheduling order—with responses to all questions therein—by no later than **September 9, 2024**.

SO ORDERED.

Dated: September 4, 2024
   New York, New York

                     DALE E. HO
                United States District Judge