UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zebra Strategies, Inc.,<br><br>                              Plaintiff(s),<br><br>                v.<br><br>ADA Gonzalez Nazaric,<br><br>                             Defendant(s). | 24 Civ. 4146 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **September 9, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **September 10, 2024,** at **4:00 PM EST**. In the proposed case management plan, the parties indicated that they consented to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without any adverse substantive consequences. If the parties do not consent, they shall file a proposed case management plan with updated Sections 1 and 4(b) by **September 17, 2024**.

However, if all parties consent, by **September 17, 2024**, the parties shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**. If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.

    SO ORDERED.

Dated: September 10, 2024
       New York, New York

DALE E. HO
United States District Judge