```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZEBRA STRATEGIES, INC.,                          :
                                                                    ORDER OF DISMISSAL
                                                 :                  DIRECTING ENTRY OF
                                                                    JUDGMENT
              Plaintiff,                                            24 Civ. 04146 (GWG)
                                                 :
     -v.-
                                                 :
ADA GONZALEZ-NAZARIO,
SEAN GOODMAN, SAGO INC.,                         :
ACCURATE MARKET RESEARCH,
JOHN AND JANE DOES 1-10,                         :
and ABC CORPORATIONS 1-10,
                                                 :

              Defendants.                        :
------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

WHEREAS, this Court previously dismissed the complaint as with respect to defendants Sean Goodman and Accurate Market Research (Docket # 92), and

WHEREAS defendants Ada Gonzalez-Nazario and Sago Inc. have entered into a stipulation with plaintiff dismissing the claims against them with prejudice (Docket # 113), and

WHEREAS plaintiff Ada Gonzalez-Nazario has taken no steps to identify or prosecute this case against the defendants identified as "John and Jane Does 1-10, and ABC Corporations 1-10,"

IT IS HEREBY ORDERED that the complaint is dismissed with prejudice as to defendants Sean Goodman, Accurate Market Research, Ada Gonzalez-Nazario and Sago Inc., and without prejudice as to the defendants identified as "John and Jane Does 1-10, and ABC Corporations 1-10."

IT IS HEREBY FURTHER ORDERED that the Clerk is directed to enter judgment dismissing this action with prejudice as to defendants Sean Goodman and Accurate Market Research, Ada Gonzalez-Nazario and Sago Inc., and without prejudice as to defendants "John and Jane Does 1-10, and ABC Corporations 1-10."

Dated: April 22, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge