**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ZEBRA STRATEGIES, INC.,

                Plaintiff,

-against-                                             24 **CIVIL** 4146 (GWG)

## JUDGMENT

ADA GONZALEZ-NAZARIO,
SEAN GOODMAN, SAGO INC.,
ACCURATE MARKET RESEARCH,
JOHN AND JANE DOES 1-10,
and ABC CORPORATIONS 1-10,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2025, judgment is entered dismissing this action with prejudice as to defendants Sean Goodman and Accurate Market Research, Ada Gonzalez-Nazario and Sago Inc., and without prejudice as to defendants "John and Jane Does 1-10, and ABC Corporations 1-10." Accordingly, the case is closed.

**Dated:** New York, New York

      April 23, 2025

                                            **TAMMI M HELLWIG**
                                            **Clerk of Court**

**BY:** 

                                            **Deputy Clerk**